**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 05-6821**

—————

FREDERICK W. CORBETT,

Plaintiff - Appellant,

versus

STATE OF NORTH CAROLINA; RAYMOND SMITH, in his
official capacity as Superintendent of Caswell
Correctional Center,

Defendants - Appellees.

—————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  William L. Osteen, District
Judge.  (CA-04-875-1)

—————

Submitted:  October 21, 2005          Decided:  November 2, 2005

—————

Before WILKINSON and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

Frederick W. Corbett, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Frederick W. Corbett appeals the district court's order adopting the recommendation of the magistrate judge and dismissing without prejudice Corbett's Complaint for Declaratory Judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Corbett v. North Carolina</u>, No. CA-04-875-1 (M.D.N.C. filed Apr. 22, 2005; entered Apr. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>